UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No. 3:12-CR-0025-LRH-WGC |
|---|---|
| Plaintiff, | ORDER TO OBTAIN TESTS |
| vs. | |
| RYAN GLENWOOD KELLY, | |
| Defendant. | |

The Court being fully informed in the premises, having considered Defendant's Motion and request for consideration for admission to the Tule River Alcoholism Program, having previously determined Mr. Kelly is indigent and GOOD CAUSE APPEARING,

**IT IS HEREBY ORDERED** the U.S. Marshal Service shall assist Mr. Kelly in obtaining TB, HIV and Hepatitis A, B, and C tests. Such tests shall be performed within seven (7) days from the date of the U.S. Marshal Service's receipt of this Order. All test results shall be provided to Mr. Kelly and his counsel, CHERYL FIELD-LANG, Esq.

IT IS SO ORDERED this 15th day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE

Kelly/tests.ord